IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| BRITTANY DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CASE NO. 3:15-cv-736-TBR |
| | ) |
| ENHANCED RECOVERY | ) |
| COMPANY, LLC, et al. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL**

Comes the Plaintiff, Brittany Davis, and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i) hereby dismisses her claims against Defendant, Enhanced Recovery Company, LLC with prejudice as settled.

Respectfully submitted,

*/s/David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, Kentucky 40202
(Tel) 502.443.1060
(Fax) 502.589.3004
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of December, 2015 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                                                    */s/David W. Hemminger*
                                                    David W. Hemminger